**Electronically Filed**
**Supreme Court**
**SCPW-25-0000432**
**27-JAN-2026**
**07:49 AM**
**Dkt. 14 ODDP**

SCPW-25-0000432

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

WILLIAM MIDDLETON,
Petitioner,

vs.

THE HONORABLE HENRY T. NAKAMOTO,
Judge of the Circuit Court of the Third Circuit,
State of Hawai'i, Respondent Judge.

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Morikawa, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus or prohibition, filed June 3, 2025, and the record, Petitioner has not demonstrated a clear and indisputable right to relief. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED: Honolulu, Hawai'i, January 27, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Trish K. Morikawa

